IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:05CR342
                               )
      v.                       )
                               )
MARCEL ELMER BLACKBIRD,        )      ORDER
                               )
            Defendant.         )
_____)
```

At the request of the defendant,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Wednesday, July 12, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court